Nahigian Brothers, Inc., appellant, v. Rug Service, Inc. et al., appellees. Gen. No. 39,214.

Opinion filed December 31, 1937.

Gariepy & Gariepy, for appellant; Fred A. Gariepy, Victor P. Frank and Owen Rall, of counsel. Butz, Von Ammon & Marx, for appellees; Frederic E. Von Ammon, Frederick Z. Marx and Robert J. Colson, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.